IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUTUMN BLANTON,<br><br>               Plaintiff,<br><br>v.<br><br>MARTIN WILSON et al.,<br><br>               Defendant. | Case No. 23-CV-401-JFH-GLJ |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 28. The Magistrate Judge recommends that the Motion to Dismiss filed by Defendant WW Tank & Vessel, Inc. [Dkt. No. 12] be granted.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendant WW Tank & Vessel, Inc.'s motion to dismiss [Dkt. No. 12] is GRANTED. Plaintiff's claims against Defendant WW Tank & Vessel, Inc. are DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of March 2023.

                                                                                                                                                                                                             JOHN F. HEIL, III
                                                                                                                                                                                     UNITED STATES DISTRICT JUDGE